Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 14−18993−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| William E Presley Jr<br>421 Rte 49<br>Bridgeton, NJ 08302 | Mary G Presley<br>aka Mary Grace, aka Mary DuBois, aka<br>Mary G DeWitt, aka Mary G Koster<br>421 Rte 49<br>Bridgeton, NJ 08302 |

Social Security No.:
  xxx−xx−5965                                                              xxx−xx−9448
Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Isabel C. Balboa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: August 28, 2017                       Andrew B. Altenburg Jr.
                                             Judge, United States Bankruptcy Court